[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 31, 2004
THOMAS K. KAHN
CLERK

No. 02-16424

D.C. Docket No. 01-00009-CV-JTC-3

PETER EVANS,
DETREE JORDAN,

                                                    Plaintiffs-Appellees,

    versus

CITY OF ZEBULON, GA,
ROBERT LOOMIS, individually and
in his official capacity as Police
Chief of the City of Zebulon, GA,

                                                    Defendants,

DENIS STEPHENS,

                                                    Defendant-Appellant.

-------------------------
Appeal from the United States District Court for the
Northern District of Georgia
-------------------------


(Opinion November 18, 2003, 351 F.3d. 485, 11th Cir. 2003)

(March 31, 2004)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and
PRYOR, Circuit Judges.


B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.